UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

DOCUMENT TECHNOLOGIES, LLC
Two Ravinia Drive, Suite 850
Atlanta, GA  30346

   Plaintiff,

 v.

TAYLOR & WALKER P.C.
1206 Laskin Road
Virginia Beach, VA  23451

   Defendant.

Case No. 2:19-cv-00614

**JOINT MOTION FOR ENTRY OF JUDGMENT**

  Plaintiff Document Technologies, LLC ("Plaintiff") and Defendant Taylor & Walker P.C. ("Defendant") have agreed to finally resolve the above-captioned litigation.  Pursuant to that agreement, Plaintiff and Defendant have agreed to entry of a Consent Judgment on the terms set forth in the attached Exhibit A.  Plaintiff and Defendant jointly request that the Court enter the Consent Judgment in the form provided at Exhibit A.

  Dated: July 24, 2020

1

Respectfully submitted,

By: /s/ Paul J. Kennedy
Paul J. Kennedy (Va. Bar No. 29802)
LITTLER MENDELSON, P.C.
815 Connecticut Ave., NW, Suite 400
Washington, D.C. 20006
Telephone: 202.842.3400
Facsimile: 202.842.0011
pkennedy@littler.com

Sara K. McCallum, MO #67473
*Admitted pro hac vice*
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone: 816.627.4400
Facsimile: 816.627.4444
smccallum@littler.com

**Counsel for Plaintiff**
**Document Technologies, LLC**


By: /s/ Christian Connell
Christian L. Connell
VSB No. 35009
CHRISTIAN L. CONNELL, P.C.
555 East Main Street, Suite 1102
Norfolk, Virginia 23510
Telephone: 757.533.6500
Facsimile: 757.299.4770
email: christian.connell@outlook.com

**Counsel for Defendant**
**Taylor & Walker, P.C.**