# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **DOCUMENT TECHNOLOGIES, LLC**<br>Two Ravinia Drive, Suite 850<br>Atlanta, GA  30346<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**TAYLOR & WALKER P.C.**<br>1206 Laskin Road<br>Virginia Beach, VA  23451<br><br>　　　　**Defendant.** | Case No. 2:19-cv-00614 |

## CONSENT JUDGMENT

WHEREAS, On November 8, 2019, Plaintiff filed its Complaint for breach of contract against Defendant for alleged breaches of the parties' Facilities Management Agreement; and

WHEREAS, On June 5, 2020, Plaintiff filed its Motion for Judgment on the Pleadings; and

WHEREAS, Plaintiff and Defendant have agreed to finally resolve Plaintiff's claims in the above-captioned litigation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

A.　　Judgment is hereby entered in favor of Plaintiff Document Technologies, LLC in the amount of $300,000.00.

B.　　Defendant will pay the judgment amount to Plaintiff in agreed upon installments as follows:

　　　　1.　$7,500.00 to be delivered by August 1, 2020

1

2. $4,000.00 to be delivered by September 1, 2020
3. $4,000.00 to be delivered by October 1, 2020
4. $4,000.00 to be delivered by November 1, 2020
5. $4,000.00 to be delivered by December 1, 2020
6. $5,500.00 to be delivered by January 1, 2021
7. $5,000.00 to be delivered by February 1, 2021
8. $5,000.00 to be delivered by March 1, 2021
9. $5,000.00 to be delivered by April 1, 2021
10. $5,000.00 to be delivered by May 1, 2021
11. $5,000.00 to be delivered by June 1, 2021
12. $5,000.00 to be delivered by July 1, 2021
13. $7,000.00 to be delivered by August 1, 2021
14. $7,000.00 to be delivered by September 1, 2021
15. $7,000.00 to be delivered by October 1, 2021
16. $7,000.00 to be delivered by November 1, 2021
17. $7,000.00 to be delivered by December 1, 2021
18. $7,000.00 to be delivered by January 1, 2022
19. $7,000.00 to be delivered by February 1, 2022
20. $7,000.00 to be delivered by March 1, 2022
21. $7,000.00 to be delivered by April 1, 2022
22. $7,000.00 to be delivered by May 1, 2022
23. $7,000.00 to be delivered by June 1, 2022
24. $7,000.00 to be delivered by July 1, 2022
25. $7,000.00 to be delivered by August 1, 2022
26. $7,000.00 to be delivered by September 1, 2022
27. $7,000.00 to be delivered by October 1, 2022
28. $7,000.00 to be delivered by November 1, 2022
29. $7,000.00 to be delivered by December 1, 2022
30. $12,000.00 to be delivered by January 1, 2023
31. $12,000.00 to be delivered by February 1, 2023
32. $12,000.00 to be delivered by March 1, 2023
33. $12,000.00 to be delivered by April 1, 2023
34. $12,000.00 to be delivered by May 1, 2023

       35. $12,000.00 to be delivered by June 1, 2023

       36. $12,500.00 to be delivered by July 1, 2023

       37. $12,500.00 to be delivered by August 1, 2023

       38. $12,500.00 to be delivered by September 1, 2023

       39. $12,500.00 to be delivered by October 1, 2023

C. Plaintiff agrees not to pursue claims against Defendant based on Defendant's employment of Plaintiff's former employees so long as those employees were hired by Defendant prior to the filing of this litigation on November 9, 2019.

D. Defendant agrees not to appeal or otherwise attack the validity or enforceability of the Consent Judgment.

E. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Consent Judgment. Plaintiff may seek to enforce this Consent Judgment and shall be entitled to its reasonable attorneys' fees and costs incurred for any action to enforce the terms of this Consent Judgment based on Defendant's failure to comply.

IT IS SO ORDERED.

Date: _____         _____
                                                                       District Judge Raymond A. Jackson